■ ABRAHAM J. RODOLITZ, Doing Business as RODOLITZ REALTY Co., Respondent, v BENEFICIAL NATIONAL LIFE INSURANCE COMPANY, Appellant. —Upon restoration of the instant appeal to the calendar, upon request of

counsel, the order of Supreme Court, Bronx County, entered December 13, 1974, granting plaintiff's motion for discovery and inspection of certain insurance policies, is unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. We construe the order appealed from, consonant with our prior determination hereon (see *Rodolitz v Beneficial Nat. Life Ins. Co.,* 41 AD2d 707), as requiring the production of policies issued after disclosure in insurance applications of any one or more of the following illnesses: hypotension and hypertension, cerebral-vascular disease and cerebro-vascular insufficiency, prostatis, arteriosclerotic disease, cerebro-vascular spasm and systolic heart murmur. Concur—Kupferman, J. P., Murphy, Lupiano and Capozzoli, JJ.